Decided March 24, 2004

PAUL CARRUBBA ET AL. *v.* EMILY J. MOSKOWITZ

The plaintiffs' petition for certification for appeal from the Appellate Court, 81 Conn. App. 382 (AC 22962), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the defendant was entitled to qualified immunity?

"2. Did the Appellate Court properly conclude that the plaintiff lacked standing to bring this legal malpractice action against the defendant?"

The Supreme Court docket number is SC 17157

*George W. Kramer*, in support of the petition.

*Robert J. Kor*, in opposition.

Decided March 24, 2004